UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MURCHINSON LTD., EOM MANAGEMENT LTD., NOMIS BAY LTD., and BPY LIMITED<br><br>    Plaintiffs,<br><br>v.<br><br>NANO DIMENSION LTD., YOAV STERN, AMIT DROR, SIMON ANTHONY-FRIED, CHANNA CASPI, ODED GERA, RONI KLEINFELD, J. CHRISTOPHER MORAN, YOAV NISSAN-COHEN, and IGAL ROTEM,<br><br>    Defendants. | Case No: 1:23-cv-03658<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all other pleadings and filings in the action to date, Defendants Nano Dimension, Ltd. ("Nano"), Yoav Stern, Amit Dror, Simon Anthony-Fried, Channa Caspi, Roni Kleinfeld, J. Christopher Moran, Yoav Nissan-Cohen, and Igal Rotem (together, the "Individual Defendants") will, and hereby do, move this Court, before the Honorable Jennifer L. Rochon, in the United States District Court for the Southern District of New York at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 20B, New York, N.Y. 10007, for an Order dismissing Plaintiffs' Complaint in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), and granting such further relief as the Court deems just and proper.

Dated: August 9, 2023                                    Respectfully Submitted,

                                                         */s/ Jonathan Kortmansky*
                                                         Jonathan Kortmansky, Esq.
                                                         Melissa Ginsberg, Esq.
                                                         **BRAUNHAGEY & BORDEN LLP**

                118 W 22nd Street, 12th Floor
                New York, NY 10011
                Telephone: (646) 829-9403
                Facsimile: (646) 403-4089
                kortmansky@braunhagey.com
                ginsberg@braunhagey.com

*Attorneys for Defendants*