# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: AWARD@OLSHANLAW.COM
DIRECT DIAL: 212.451.2368

August 29, 2023

**Request GRANTED.** The deadlines are extended as set forth herein.

Dated: August 29, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**VIA ECF**

The Honorable Jennifer L. Rochon
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Murchinson Ltd. vs. Nano Dimension Ltd.*, Case No. 23-cv-3658 (JLR)

Dear Judge Rochon:

We represent plaintiffs Murchinson Ltd., EOM Management Ltd., Nomis Bay Ltd., and BPY Limited ("Plaintiffs"). We write pursuant to Individual Rule 1(F) to respectfully request a ten-day extension in the deadline for Plaintiffs to file their opposition to Defendants' Motion to Dismiss the Complaint and an eight-day extension in Defendants' deadline to file their reply. We request this extension to give time for certain necessary individuals to review and comment on Plaintiffs' filing in light of personal conflicts.

Defendants filed their motion to dismiss on August 9, 2023, and this would extend the current deadline for Plaintiffs to file their opposition from August 29, 2023 to September 8, 2023—still within a month of Defendants' motion to dismiss. The deadline for Defendants' reply would be extended from September 8, 2023 to September 26, 2023. There has since been one previous request for an extension made jointly by the parties, which this Court granted. (Doc. No. 67).

Counsel for Defendants has consented to this request.

Respectfully,

/s/   *Adrienne M. Ward*

Adrienne M. Ward

To:   All Counsel of Record