**OLSHAN**

1325 AVENUE OF THE AMERICAS ■ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ■ FACSIMILE: 212.451.2222

June 17, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Murchinson Ltd. vs. Nano Dimension Ltd.*, Case No. 23-cv-3658 (JLR)

Dear Judge Rochon:

Pursuant to Your Honor's April 17, 2024 Order (Dkt. 80), we write jointly on behalf of plaintiffs Murchinson Ltd., EOM Management Ltd., Nomis Bay Ltd., and BPY Limited, ("Murchinson") and defendants Nano Dimension Ltd. ("Nano") and Yoav Stern, Amit Dror, Simon Anthony-Fried, Channa Caspi, Roni Kleinfeld, J. Christopher Moran, Yoav Nissan-Cohen and Igal Rotem (the "Director Defendants", and, with Nano, "Defendants") to update the Court on the status of the case.

On August 9, 2023, Defendants filed a Motion to Dismiss the Complaint for lack of jurisdiction and failure to state a claim. That motion was fully briefed on September 26, 2023.

As the Court is aware, litigation involving several of the parties to this dispute is also pending in Israel and in the Supreme Court of the State of New York, New York County Commercial Division (the "State Court"). The Israeli Court has not yet issued a decision fully resolving the claims pending before it. The State Court action is currently stayed pending the Israeli Court's issuance of a post-trial ruling. The parties have not engaged in settlement discussions since the last status update submitted to the Court on April 15, 2024.

We appreciate the Court's attention to this matter.

Respectfully,

/s/ *Sahand Farahati*
Sahand Farahati


Cc: All Counsel of Record