UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MURCHINSON LTD., EOM MANAGEMENT LTD., NOMIS BAY LTD., and BPY LIMITED,

    Plaintiffs,

-against-

NANO DIMENSION LTD., YOAV STERN, AMIT DROR, SIMON ANTHONY-FRIED, CHANNA CASPI, ODED GERA, RONI KLEINFELD, J. CHRISTOPHER MORAN, YOAV NISSAN-COHEN, and IGAL ROTEM,

    Defendants.

Case No. 1:23-cv-03658 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court shall hear oral argument on Defendants' pending motion to dismiss on March 6, 2025, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: February 20, 2025
       New York, New York

                      SO ORDERED.

                      JENNIFER L. ROCHON
                      United States District Judge