UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MURCHINSON LTD., EOM MANAGEMENT LTD., NOMIS BAY LTD., and BPY LIMITED,

        Plaintiffs,

-against-

NANO DIMENSION LTD., YOAV STERN, AMIT DROR, SIMON ANTHONY-FRIED, CHANNA CASPI, ODED GERA, RONI KLEINFELD, J. CHRISTOPHER MORAN, YOAV NISSAN-COHEN, and IGAL ROTEM,

        Defendants.

Case No. 1:23-cv-03658 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    On March 5, 2025, BraunHagey & Borden LLP ("BHB"), counsel for corporate defendant Nano Dimension Ltd. ("Nano"), and individual defendants Yoav Stern, Amit Dror, Simon Anthony-Fried, Channa Caspi, Oded Gera, Roni Kleinfeld, J. Christopher Moran, Yoav Nissan-Cohen and Igal Rotem (collectively, the "Individual Defendants," and together with Nano, "Defendants"), filed a motion to withdraw as counsel of record for the Individual Defendants. *See* Dkts. 94, 95; *see also* Dkt. 96 (certificate of service of motion and supporting documents on Individual Defendants). By **March 10, 2025**, BHB shall serve a copy of this Order on the Individual Defendants, and by **March 12, 2025**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

    Any opposition to the motion to withdraw shall be filed by **March 17, 2025**; any reply shall be filed by **March 20, 2025**. Unless and until the Court grants the motion, BHB remains counsel of record. If the Individual Defendants have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

Dated: March 6, 2025
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge