UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MURCHINSON LTD., EOM MANAGEMENT LTD., NOMIS BAY LTD., and BPY LIMITED,

                Plaintiffs,

-against-

NANO DIMENSION LTD., YOAV STERN, AMITDROR, SIMON ANTHONY-FRIED, CHANNA CASPI, ODED GERA, RONI KLEINFELD, J. CHRISTOPHER MORAN, YOAV NISSAN-COHEN, and IGAL ROTE,

                Defendants.

Case No. 1:23-cv-03658 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On March 5, 2025, BraunHagey & Borden LLP ("BHB") moved to withdraw as counsel of record for Yoav Stern, Amit Dror, Simon Anthony-Fried, Channa Caspi, Roni Kleinfeld, J. Christopher Moran, Yoav Nissan-Cohen, and Igal Rotem (collectively, the "Individual Defendants"). Dkt. 94. In light of the pending and fully briefed motion to dismiss, *see* Dkt. 62, the Court intends to address BHB's motion to withdraw after oral argument on the motion to dismiss, which is currently scheduled for April 24, 2025, at 11:00 a.m., *see* Dkt. 92.

BHB explained in its memorandum of law in support of its motion to withdraw that "[t]he recent changes to the composition of Nano's board of directors and management have created the significant potential for a *conflict to develop* between Nano and the Individual Defendants." Dkt. 95 at 2 (emphasis added). However, BHB has not specified whether the potential conflict is current or would emerge at a later stage of litigation, such as if this matter were to proceed to discovery. *See generally id.*; Dkt. 95-1. If BHB believes that it will be unable to represent the Individual Defendants at oral argument due to the existence of a

potential conflict, BHB shall file a letter with the Court so advising **no later than March 31, 2025,** and inform the Court of the anticipated plan for the Individual Defendants for oral argument, including the retention of alternative counsel or appearances *pro se*.

Dated: March 24, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge