UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MURCHINSON LTD., EOM MANAGEMENT LTD., NOMIS BAY LTD., and BPY LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NANO DIMENSION LTD., YOAV STERN, AMIT DROR, SIMON ANTHONY-FRIED, CHANNA CASPI, ODED GERA, RONI KLEINFELD, J. CHRISTOPHER MORAN, YOAV NISSAN-COHEN, and IGAL ROTEM,<br><br>　　　　　Defendants. | Case No: 1:23-cv-03658 (JLR)<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

**WHEREAS**, BraunHagey & Borden LLP seeks to withdraw as counsel of record for Defendant Nano Dimension Ltd. ("Nano"); and

**WHEREAS**, Jonathan Kortmansky seeks to withdraw as counsel of record for Nano; and

**WHEREAS**, Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") seeks to substitute in as replacement counsel for Nano; and

**WHEREAS**, at the time of this substitution, neither Nano nor Paul, Weiss intends to seek modification of any existing deadlines or dates for court appearances in this case;

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties that:

1.　　BraunHagey & Borden LLP, including its attorneys J. Noah Hagey and Melissa R. Ginsberg, hereby withdraws as counsel of record for Nano in the above-referenced action and is relieved of its responsibilities as counsel for Nano in this action;

2.   Jonathan Kortmansky[1] hereby withdraws as counsel of record for Nano in the above-referenced action and is relieved of his responsibilities as counsel for the Individual Defendants in this action; and

3.   Paul, Weiss and its attorneys Lewis Clayton, Nina Kovalenko, and Candice Yandam Riviere are hereby substituted as counsel of record for Nano.

**DATED** this 10th day of April, 2025.

Melissa R. Ginsberg
J. Noah Hagey
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403
ginsberg@braunhagey.com
hagey@braunhagey.com

Lewis R. Clayton
Nina Kovalenko
Candice J. Yandam Riviere
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3215
lclayton@paulweiss.com

Jonathan Kortmansky
**ANDERSON KILL P.C.**
7 Times Square
New York, NY 10036
Tel: (212) 278-1060
jkortmansky@andersonkill.com

**CONFIRMED BY NANO DIMENSION LTD:**

By: _Dotan Bar-Natan_
Dotan Bar-Natan
General Counsel, Nano Dimension, Ltd.

---

[1] Jonathan Kortmansky was previously affiliated with BraunHagey & Borden LLP, and is currently affiliated with Anderson Kill P.C.

2.  Jonathan Kortmansky[1] hereby withdraws as counsel of record for Nano in the above-referenced action and is relieved of his responsibilities as counsel for the Individual Defendants in this action; and

3.  Paul, Weiss and its attorneys Lewis Clayton, Nina Kovalenko, and Candice Yandam Riviere are hereby substituted as counsel of record for Nano.

DATED this 10th day of April, 2025.

Melissa R. Ginsberg
J. Noah Hagey
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403
ginsberg@braunhagey.com
hagey@braunhagey.com

Jonathan Kortmansky
**ANDERSON KILL P.C.**
7 Times Square
New York, NY 10036
Tel: (212) 278-1060
jkortmansky@andersonkill.com

Lewis R. Clayton
Nina Kovalenko
Candice J. Yandam Riviere
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3215
lclayton@paulweiss.com

**CONFIRMED BY NANO DIMENSION LTD:**

By: _____
Dotan Bar-Natan
General Counsel, Nano Dimension, Ltd.

---

[1] Jonathan Kortmansky was previously affiliated with BraunHagey & Borden LLP, and is currently affiliated with Anderson Kill P.C.

2

**SO ORDERED:**

_____
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York