PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3215
EMAIL: LCLAYTON@PAULWEISS.COM

April 21, 2025

**BY ELECTRONIC FILING**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Murchinson Ltd. et al* v. *Nano Dimension Ltd. et al*, No. 1:23-cv-03658

Dear Judge Rochon:

The undersigned counsel represent Defendants Nano Dimension Ltd. ("Nano") and Yoav Stern, Amit Dror, Simon Anthony-Fried, Channa Caspi, Roni Kleinfeld, J. Christopher Moran, Yoav Nissan-Cohen, and Igal Rotem in this action. In light of the passage of time since the briefing of defendants' motion to dismiss in 2023 (ECF No. 62), we write to inform the Court and parties that, during Thursday's oral argument, defendants' counsel may make reference to the following decisions (including two issued in 2024) that were not cited in the briefs:

- *South Middlesex Opportunity Council, Inc.* v. *Town of Framingham*, No. CIVA 07-12018-DPW, 2008 WL 4595369 (D. Mass. Sept. 30, 2008).

- *Biden* v. *Ziegler*, No. 2:23-CV-07593-HDV-KS, 2024 WL 4452492 (C.D. Cal. Sept. 9, 2024).

- *Thompson* v. *Parto*, No. 23-15785, 2024 WL 4707884 (9th Cir. Nov. 7, 2024).

Respectfully submitted,

*/s/ Lewis R. Clayton*
Lewis R. Clayton
Nina Kovalenko
Candice Yandam Riviere
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
lclayton@paulweiss.com
nkovalenko@paulweiss.com
cyandamriviere@paulweiss.com

*Counsel to Defendant Nano Dimension Ltd.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                         /s/ *Neal H. Klausner*
                                         Neal H. Klausner
                                         DAVIS+GILBERT LLP
                                         1675 Broadway
                                         New York, NY 10019
                                         (212) 468-4992
                                         nklausner@dglaw.com

*Counsel to Defendants Yoav Stern, Amit Dror, Simon Anthony-Fried, Channa Caspi, Roni Kleinfeld, J. Christopher Moran, Yoav Nissan-Cohen, and Igal Rotem*

cc: Counsel of Record (by electronic filing)