**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MURCHINSON LTD., EOM MANAGEMENT
LTD., NOMIS BAY LTD., and BPY LIMITED,

                  Plaintiffs,

  -against-                                  23 **CIVIL** 3658 (JLR)

                                                      **JUDGMENT**

NANO DIMENSION LTD., YOAV STERN,
AMIT DROR, SIMON ANTHONY-FRIED,
CHANNA CASPI, ODED GERA, RONI
KLEINFELD, J. CHRISTOPHER MORAN,
YOAV NISSANCOHEN, and IGAL ROTEM,

                  Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2025, the Court has GRANTED Defendants' motion to dismiss for failure to state a claim under Rule 12(b)(6). The Complaint is hereby DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       May 15, 2025

                                                       **TAMMI M HELLWIG**
                                                       **Clerk of Court**

                               **BY:**            *K. Mango*

                                                       **Deputy Clerk**